**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NOREEN J. KRAHNER,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　Case No.  6:05-cv-733-Orl-31JGG

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Complaint for Denial of Social Security Benefits (Doc. No. 1) filed May 13, 2005.

On June 30, 2006, the United States Magistrate Judge issued a report (Doc. No. 15) recommending that the case be remanded for further review.  No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.  That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.  That the Complaint for Denial of Social Security Benefits is GRANTED and that the case be remanded to the Social Security Administration for further review.  The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 21st day of July, 2006.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE