UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NOREEN J. KRAHNER,

                Plaintiff,

-vs-                                        Case No. 6:05-cv-733-Orl-31JGG

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| MOTION: | UNOPPOSED MOTION FOR APPROVAL OF THE FORM OF THE JUDGMENT THAT ATTORNEY FEES MAY BE APPLIED FOR WITHIN THIRTY DAYS AFTER RECEIPT OF NOTICE OF PAST DUE BENEFITS (Doc. No. 17) |
| FILED: | August 29, 2006 |
| THEREON it is **RECOMMENDED** that the motion be **GRANTED** in part. ||

The district court may remand a case to the Commissioner for a rehearing under sentence four of 42 U.S.C. § 405(g). After a sentence-four remand, the district court enters a final and appealable judgment immediately, and then loses jurisdiction. *Jackson v. Chater*, 99 F.3d 1086, 1095, 1098 (11th Cir. 1996). Rule 54(d) of the Federal Rules of Civil Procedure requires that motions for attorney's

fees must be filed within fourteen days after entry of judgment. Fed. R. Civ. P. 54(d)(2)(B). The United States Court of Appeals for the Eleventh Circuit recommends that

> the best practice, in the entry of a judgment for immediate entry of benefits, would be for the Plaintiff to request and the Court to include in the judgment a statement that attorneys fees may be applied for within a specified time after the determination of Plaintiff's past due benefits by the Commission.

*Bergen v. Comm'r of Soc. Sec.*, 454 F. 3d 1273, 1278 n.2 (11th Cir. 2006) (opinion issued on July 6, 2006).

In this action, on June 30, 2006, the undersigned entered a Report and Recommendation to the district court, recommending remand of the case under sentence four of 42 U.S.C. § 405(g). Docket No. 15. On July 21, 2006, the district court confirmed and adopted the Report and Recommendation, remanded the action, and directed the Clerk to close the case. Docket No. 16. The Clerk closed the case on July 26, 2006. The Clerk did not enter a judgment in this case.

Plaintiff Noreen J. Krahner now moves for entry of a judgment that includes a thirty-day extension of the fourteen-day period described in Rule 54(d)(2)(B). Docket No. 17. Plaintiff seeks approval and entry of a judgment which she attaches as an exhibit to her motion. *Id.* at 3. Defendant, Jo Anne B. Barnhart, the Commissioner of Social Security, does not oppose the motion. *Id.* at 2.

Accordingly, it is **RECOMMENDED** that Plaintiff's unopposed motion for entry of a judgment [Docket No. 17] be **GRANTED**. It is

**FURTHER RECOMMENDED** that the district court should direct the Clerk to enter a judgment in the form attached to this Report and Recommendation (a revision of the proposed judgment at Docket No. 17 at 3).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 30, 2006.

                                                JAMES G. GLAZEBROOK
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable Gregory A. Presnell
Counsel of Record
Unrepresented Party
Courtroom Deputy

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NOREEN J. KRAHNER,

                **Plaintiff,**

-vs-                                              Case No. 6:05-cv-733-Orl-31JGG

COMMISSIONER OF SOCIAL
SECURITY,

                **Defendant.**

## **JUDGMENT**

The district court having confirmed and adopted the Report and Recommendation [Docket No. 15] of the Honorable James G. Glazebrook, United States Magistrate Judge, and having remanded this case to the Commissioner of Social Security under sentence four of 42 U.S.C. § 405(g) on July 21, 2006 [Docket No. 16], it is

**ORDERED AND ADJUDGED** that the Commissioner's final decision denying Plaintiff's application for a period of disability, disability insurance benefits, and supplemental security income benefits is hereby remanded to the Commissioner for further review. It is

**FURTHER ORDERED** that Plaintiff may apply for a reasonable attorney's fee pursuant to 42 U.S.C. § 406(b) within thirty days after service on Plaintiff of the Commissioner's final determination of past due benefits.

Date:

                                                            SHERYL L. LOESCH, CLERK

                                                            By: _____