**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NOREEN J. KRAHNER,**

             **Plaintiff,**

-vs-                                         **Case No.  6:05-cv-733-Orl-31JGG**

**COMMISSIONER OF SOCIAL SECURITY,**

             **Defendant.**
_____

## ORDER

This cause comes before the Court on the Plaintiff's Unopposed Motion for Approval of the Form of Judgment Including Statement that Attorney's Fees may be applied for at a later date (Doc. No. 17) filed August 29, 2006.

On August 30, 2006, the United States Magistrate Judge issued a report (Doc. No. 18) recommending that the motion be granted. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Plaintiff's Unopposed Motion for Approval of the Form of Judgment Including Statement that Attorney's Fees may be applied for at a later date is **GRANTED**.

3. The Clerk is directed to enter Judgment consistent with the Report and Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 20th day of September, 2006.

                                                       GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party